UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRADLEY J. QUINN,

    Plaintiff,

v.

CRAIG ADAMS, *et al.*,

    Defendants.

Case No. C08-5279 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING COMPLAINT WITHOUT PREJUDICE

This matter comes before the Court on the recommendation that Plaintiff's civil rights action be dismissed for failure to exhaust administrative remedies and that the Court decline to exercise supplementary jurisdiction over the state law claims. Plaintiff did not file a response to Defendants' motion for summary judgment and has not filed an objection to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendants' motion for summary judgment (Dkt. # 14) is **GRANTED**;

(3)     Plaintiff's First Amended Complaint (Dkt. # 9) is **Dismissed without Prejudice**; and

ORDER - 1

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 17th day of October, 2008.

/s/ Franklin D. Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2