# United States District Court

WESTERN DISTRICT OF WASHINGTON

Bradley J. Quinn

      v.

Craig Adams et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5279

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendants' motion for summary judgment (Dtk. #14) is **GRANTED**;

    (3)    Plaintiff's First Amended Complaint (Dtk. #9) is Dismissed without Prejudice.


October 20, 2008                      BRUCE RIFKIN
                                                           Clerk


                                               s/J.L. Patton
                                                 Deputy Clerk